UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>)<br>ARCHIE IGNACIO                              )<br>_____ ) | No. 25-cr-31-LM-AJ-05 |

PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Indictment against the above-named defendant having been filed in the above-entitled case on the 9th day of April 2025.

This 9th day of April 2025.

JOHN J. MCCORMACK
Acting United States Attorney

By: /s/ Alexander S. Chen
   Alexander S. Chen
   Assistant U.S. Attorney

SUMMONS ISSUED:  _____